```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15208
   ROBERT H TIEDEMA
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5091


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/22/2007 and was not confirmed.

     The case was dismissed without confirmation 11/05/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
GMAC                       UNSECURED          12471.35         .00           .00
WILSHIRE CREDIT CORP       CURRENT MORTG          .00          .00           .00
WILSHIRE CREDIT CORP       MORTGAGE ARRE      4500.00          .00           .00
COMM HOME FN               CURRENT MORTG          .00          .00           .00
COMM HOME FN               MORTGAGE ARRE      1500.00          .00           .00
COOK COUNTY TREASURER      SECURED             607.30          .00           .00
WACHOVIA DEALER SERVICES   SECURED VEHIC     14595.00          .00           .00
ECAST SETTLEMENT CORP      UNSECURED           302.76          .00           .00
CROSS COUNTRY BANK         UNSECURED         NOT FILED         .00           .00
FIRST USA BANK NA          UNSECURED         NOT FILED         .00           .00
GEMB/JC PENNEY             UNSECURED         NOT FILED         .00           .00
ADVOCATE CHRIST MEDICAL    UNSECURED         NOT FILED         .00           .00
HSBC NV                    UNSECURED         NOT FILED         .00           .00
BANK ONE                   UNSECURED         NOT FILED         .00           .00
NICOR GAS                  UNSECURED         NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED          1786.06          .00           .00
WACHOVIA DEALER SERVICES   UNSECURED           784.52          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          1022.41          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,964.00                        .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 15208 ROBERT H TIEDEMA
```

```
TOTALS                                         .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```